## HUBBARD v GEORGE F ALGER CO

Ohio Appeals, 6th Dist, Erie Co

Decided Oct 7, 1935

McCrystal & McCrystal, Sandusky, for plaintiff in error.

George A. Beis, Sandusky, for defendant in error.

For full opinion see 5 OO 336; 51 Oh Ap 405.